UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONG SIDE VENTURES LLC, R & T
SPORTS MARKETING INC., SIERRA
TRADING CORP., TACONIC GROUP LLC,
KBW HOLDINGS LLC, ROBERT
HUEBSCH and ANN E. HUEBSCH, JOSEPH
CAMBERATO, JOSEPH CROOK, SACHIN
JAMDAR, MICHAEL MATILSKY, GERARD
SCOLLAN, and DAISY ARNOLD,

                             *Plaintiffs*,

                   -against-

HEMPACCO CO., INC., MEXICO
FRANCHISE OPPORTUNITY FUND, LP,
SANDRO PIANCONE, JORGE OLSON,
NEVILLE PEARSON, STUART TITUS,
JERRY HALAMUDA, RETAIL
AUTOMATED CONCEPTS, INC. f/k/a
VIDBOX MEXICO INC. and VIDBOX
MEXICO S.A. de C.V.,

                             *Defendants*.

22-cv-08152 (ALC)

<u>ORDER</u>

---

**ANDREW L. CARTER, JR., District Judge:**

      Pursuant to today's conference, the parties are ordered to meet and confer regarding jurisdictional discovery and to submit a joint status report and proposed schedule by **October 31, 2023**. The claims against Defendants Sandro Piancone and Jorge Olson will be held in abeyance pending the filing of Plaintiffs' Amended Complaint.

**SO ORDERED.**

Dated:  October 16, 2023
       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**